1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ALFRED KING,

11                   Petitioner,                    No. 2:09-cv-2366 FCD KJN P

12          vs.

13   JOHN HAVILAND, et al.,

14                   Respondents.                   ORDER

15   _____/

16          Petitioner, a state prisoner proceeding pro se, has filed this application for a writ

17   of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States

18   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

19          On October 25, 2010, the magistrate judge filed findings and recommendations

20   herein which were served on all parties and which contained notice to all parties that any

21   objections to the findings and recommendations were to be filed within twenty-one days.

22   Petitioner has filed objections to the findings and recommendations.

23          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule

24   304, this court has conducted a de novo review of this case.  Having carefully reviewed the

25   entire file, the court finds the findings and recommendations to be supported by the record and

26   by proper analysis.

1        Before petitioner can appeal this decision, a certificate of appealability must

2  issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

3        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the

4  applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C.

5  § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues

6  satisfy the required showing or must state the reasons why such a certificate should not issue.

7  Fed. R. App. P. 22(b).

8        For the reasons set forth in the magistrate judge's October 25, 2010 findings and

9  recommendations, petitioner has not made a substantial showing of the denial of a constitutional

10  right.  Accordingly, a certificate of appealability should not issue in this action.

11        Accordingly, IT IS HEREBY ORDERED that:

12     1.  The findings and recommendations filed October 25, 2010, are adopted in full;

13     2.  Petitioner's application for a writ of habeas corpus is denied;

14     3.  A certificate of appealability is not issued in this action.

15  DATED: January 4, 2011.

16

17

18        FRANK C. DAMRELL, JR.

           UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26